IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| MICHAEL CHESSCHER | ) |
| Plaintiff; | ) |
| vs. | ) Case No. 19-cv-000749 - GAF |
| Pyramid Excavation and Construction, Inc. | ) |
| Defendant. | ) |

**JOINT MOTION FOR DISMISSAL AND APPROVAL OF CONFIDENTIAL SETTLEMENT**

Plaintiff, Michael Chesscher, and Defendant, Pyramid Excavation and Construction, Inc. ("Defendant") hereby jointly move this Court for dismissal of the case with prejudice and approval of confidential settlement. In support of this joint motion, the Parties state:

1. On or about September 13, 2019, Plaintiff filed this lawsuit alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* Plaintiff alleged that he was pursuing the case on behalf of herself and others, but no additional plaintiffs joined the case and no class was certified.

2. Plaintiff worked for Defendant. Plaintiff's wage claim against Defendant consisted of allegations that he was not paid wages for all hours worked, including overtime hours.

3. The parties engaged in informal information exchanges and settlement discussion, during which the parties exchanged information and documentation regarding Defendants' payroll practices, Plaintiff's specific hours recorded, and the compensation paid to Plaintiff.

4. Over time, the parties continued negotiations which ultimately resulted in a mutually agreeable settlement of Plaintiff's claims. The parties agreed that the settlement would

remain confidential.

5. As a result of the settlement, Plaintiff and his attorney acknowledge that Plaintiff has been fully paid for all overtime worked and that he has no further unsatisfied claims for wages against Defendant. Plaintiff's settlement of his claims was knowing and voluntary and agreed to only after consultation with his legal counsel. A copy of the Confidential Settlement Agreement has been filed as ECF Doc. No. 17.

6. The parties therefore request that the Court dismiss this case, with prejudice, and approve the confidential settlement of all claims Plaintiff made or could have made under the Fair Labor Standards Act.

WHEREFORE, for all the above stated reasons, Plaintiff and Defendant jointly request that the Court dismiss Plaintiff's Complaint, with prejudice, and approve the confidential settlement of all wage claims Plaintiff made or could have made under the Fair Labor Standards Act.

February 6, 2020

Respectfully Submitted,

/s/ Michael Hodgson
Michael Hodgson    MO Bar No. 63677
The Hodgson Law Firm, L.L.C.
3609 SW Pryor Rd
Lee's Summit, MO 64082
(816) 600 – 0117 Telephone
mike@thehodgsonlawfirm.com

And

**HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ John J. Ziegelmeyer III*
John J. Ziegelmeyer III    MO No. 59042
1501 Westport Road
Kansas City, Missouri 64111
Tel: 816.875.3332
jziegelmeyer@hkm.com
www.hkm.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Toby C. Hausner
Stephen R. Miller, MO # 33344
Toby C. Hausner, MO # 66884
Miller Schirger, LLC
4520 Main Street, Suite 1570
Kansas City, MO 64111
816-561-6500
816-561-6501 (f)
smiller@millerschirger.com
thausner@millerschirger.com

**ATTORNEYS FOR DEFENDANT**